IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

WILLIE McINTYRE,                                    *

            Plaintiff,                          *

v.                                                                         Case No.  1:24-cv-136 (ALS)

                                                *

COMMISSIONER OF SOCIAL SECURITY,

                                                *

            Defendant.                        *

_____            *

## J U D G M E N T

Pursuant to the Order of this Court filed June 4, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $ 8,500.00 and

costs in the amount of $405.00.

This 4th day of June 2025.

                                        David W. Bunt, Clerk


                                        s/  Timothy L. Frost, Deputy Clerk